IN THE UNITED STATES DISTRICT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL KING, INDIVIDUALLY AND AS A NEXT FRIEND OF M.K. AND M.K., | § § § § | |
| vs. | § § § | NO. _____ |
| UNITED STATES OF AMERICA | § § | |

## ORIGINAL COMPLAINT

Plaintiff Michael King, Individually and as a next friend of M.K. and M.K., both minors, brings this complaint under the Federal Tort Claims Act, 28 U.S.C. § 2674. Plaintiff complaints of the United States of America and would show the following:

### I. PARTIES

1.1. This case arises out of bodily injuries caused by a United States Postal Service employee, when she crashed her postal vehicle into Plaintiffs' car.

1.2 Plaintiff is Michael King, Individually and as a next friend of M.K. and M.K. and resides in Fort Bend County, Texas.

1.3 Defendant is the United States of America. The driver of the vehicle, which was owned by Defendant, United States of America, was Feyera Berisa Neda. At all times relevant to this lawsuit, she was an agent/employee of the United States Postal Service, an agency of the United States of America.

### II. JURISDICTION, SERVICE, & VENUE

2.1	This Federal District Court has jurisdiction because this action is brought pursuant to and in compliance with 28 U.S.C. §§ 1346(b), 2671–2680, commonly known as the Federal Tort Claims Act.

2.2	The United States of America may be served with process in accordance with Rule 4(i) of the Federal Rules of Civil Procedure by serving a copy of the Summons and Complaint on the United States Attorney Jennifer Lowery, United States Attorney for the Southern District of Texas by certified mail, return receipt requested at his office:

> United States Attorney's Office
> ATTN: Civil Process Clerk
> 1000 Louisiana, Ste. 2300
> Houston, Texas 77002

2.3	Service is also affected by serving a copy of the Summons and Complaint on Merrick Garland, Attorney General of the United States, by certified mail, return receipt requested at:

> The Attorney General's Office
> ATTN: Civil Process Clerk
> 950 Pennsylvania Avenue,
> NW Washington, DC 20530-0001

2.4	Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) because the United States is the Defendant, and a substantial part of the events or omissions giving rise to the claim occurred in this district.

### III. LIABILITY OF THE UNITED STATES

3.1	This case is commenced and prosecuted against the United States of

America to and in compliance with Title 28 U.S.C. §§ 2671–2680, the Federal Tort Claims Act. Liability of the United States is predicated specifically on 28 U.S.C. § 2674 because the personal injuries and resulting damages of which the complaint is made were proximately caused by the negligence, wrongful acts and/or omissions of employees and/or agents of the United States of America working for the United States Postal Service, while acting within the scope of their office, employment, and/or agency under circumstances where the United States of America, if a private person, would be liable to the Plaintiffs in the same manner and to the same extent as a private individual.

3.2     The United States Postal Service is an agency of the United States of America. The Defendant United States of America, through its agency, United States Postal Service, at all material times owned, operated, and controlled its facilities and vehicles with its agents, servants and employees.

3.3     At all material times, Feyera Berisa Neda and all persons involved in supervising Feyera Berisa Neda were agents, servants, or employees of the United States of America or its agency and were at all material times acting within the course and scope of their employment.

## IV. JURISDICTIONAL PREREQUISITES

4.1     Pursuant to 28 U.S.C. §§ 2672 and 2675(a), the claims set forth herein were filed with and presented administratively to the United States Postal Service on January 28, 2025. More than six months have passed without a final disposition of

the claim, as required by the Federal Tort Claims Act. The amount presented administratively is within the jurisdictional limits of this Court and consistent with the damages sought herein.

4.2 Accordingly, Plaintiffs have complied with all jurisdictional prerequisites and conditions precedent to the commencement and prosecution of this suit.

### V. FACTS

5.1　This is a Federal Tort Claims Action for monetary damages sustained by Plaintiff arising out of the personal injuries to Michael King, M.K. and M.K., both minors, as a result of the negligent operation of a USPS-owned vehicle by Feyera Berisa Neda, while she was performing duties within the course and scope of her employment.

5.2　At approximately 4:46 p.m. on or about December 21, 2023, the vehicle occupied by Feyera Berisa Neda failed to control its speed on University Blvd and collided with the rear end of the vehicle occupied by Michael King, M.K. and M.K., both minors.

5.3　Feyera Berisa Neda did not exercise reasonable care when she slammed into Michael King, M.K. and M.K., both minors' car.

5.4　Failure to keep a proper lookout and traveling at unsafe speeds caused Feyera Berisa Neda's vehicle to strike the Plaintiffs' car, causing significant damage to the vehicle and injuries to the occupants, Michael King, M.K. and M.K., both minors.

## VI. CAUSE OF ACTION

6.1 Under 28 U.S.C. § 2674, the United States is liable to the same extent as a private person under Texas law. Through its employees, agents, or servants, the Defendant, United States of America, was negligent in one or more of the following respects:

    6.1.1. Negligent per se for failing to control the speed of the vehicle as necessary to avoid colliding with another person or vehicle in violation of Tex. Transp. Code § 545.351(b) and (c)(5);

    6.1.2. Negligent for failing to maintain proper and safe control of its vehicle;

    6.1.3. Negligent for failing to maintain a proper and safe speed of its vehicle;

    6.1.4. Negligent for failing to maintain a safe and proper lookout for other vehicles;

6.2 At all material times, the employees, agents, or representatives of the United States Government were negligent and caused the injuries sustained by Plaintiffs.

6.3 The United States is liable for these acts and omissions under the doctrine of *respondeat superior*.

## VII. DAMAGES

7.1 As a proximate result of the Defendant's negligent acts or omissions, Plaintiffs suffered injuries, which would not have occurred otherwise. Plaintiffs Michael King, M.K. and M.K., both minors, pleads for all damages available under Texas state law, federal law, and equity, including:

      7.1. 1. Past and future pain and suffering;

      7.1. 2. Past and future mental anguish;

      7.1. 3. Past and future physical impairment and disability;

      7.1. 4. Past and future physical disfigurement;

      7.1. 5. Past and future loss of income and impairment of earning capacity;

      7.1. 6. Past and future reasonable charges necessary for medical care, nursing, hospital, rehabilitation services, custodial care, health care, supplies, attendant care expenses and other health services;

      7.1. 7. Past and future reasonable and necessary expenses incurred for substitute domestic services;

      7.1. 8. Out-of-Pocket expenses.

## **PROPERTY DAMAGES**

7.2   Further, as a direct and proximate result of Defendant's acts and/or omissions, Plaintiff Michael King's vehicle was damaged. Plaintiff here now sues for an additional sum within the jurisdictional limits of the Court for repair damages, maintenance damages, replacement costs and/or diminution in value damages.

## **VIII. PRAYER**

WHEREFORE Plaintiffs request that Defendant be cited in terms of law to appear and answer this Complaint; that upon final trial, the Plaintiffs have judgment against Defendant, for the amount of actual damages and for other and different amounts as they shall show by proper amendment before trial; for post-judgment interest at the applicable legal rate; for all Court costs incurred in this litigation; and

for such other relief, at law and in equity, both general and special, to which Plaintiffs may show themselves entitled to and to which the Court believes them deserving.

        Respectfully Submitted,

        TODD LAW GROUP, PLLC.

       By: /s/ *Jeffrey N. Todd*
         Jeffrey N. Todd
         TB#24028048
         Federal Bar No. 34877
         12929 Gulf Freeway, Ste. 301
         Houston, Texas 77034
         (832)-243-4953 telephone
         (713)583-7818 telecopier
         jeff@jefftoddlaw.com

        ATTORNEYS FOR PLAINTIFFS